UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

OLGA KOLESAR,

    Plaintiff,

v.

NOVARTIS PHARMACEUTICALS
CORPORATION,

    Defendant.                         No. 14-cv-437-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court on Stipulation to Dismiss executed by the plaintiff and defendant.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order Dismissing Case entered on May 26, 2015 (Doc. 30), this case is **DISMISSED** with prejudice.

                                   JUSTINE FLANAGAN,
                                   ACTING CLERK OF COURT

                                   BY:     /s/*Caitlin Fischer*
                                            **Deputy Clerk**

Dated:   May 26, 2015

                               Digitally signed by
                               David R. Herndon
                               Date: 2015.05.26
                               09:48:19 -05'00'

APPROVED:
         U.S. DISTRICT JUDGE
         U. S. DISTRICT COURT